IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| KIM HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | Civil Action No. 0:12-cv-3328-TMC-PJG |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further administrative proceedings.

The Commissioner will remand the case to an Administrative Law Judge (ALJ) for a *de novo* hearing to further evaluate the State agency opinions, mental impairments, and residual functional capacity. If warranted, the ALJ will obtain supplemental vocational expert testimony.

IT IS SO ORDERED.

 s/Timothy M. Cain
Timothy M. Cain
United States District Judge

June 27, 2013
Anderson, South Carolina

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.